IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

    Plaintiff,                        No. 2:10-cv-02480 KJN P

    vs.

KATHLEEN DICKINSON, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        Plaintiff requests an extension of time within which to file an amended complaint in conformance with the court's order filed September 21, 2010, on the ground that plaintiff has "limited resources" and "limited access to the prison law library." The deadline set by that order was October 21, 2010; plaintiff submitted his request to prison officials on October 18, 2010.

        For good cause shown, plaintiff's request (Dkt. Nos. 10, 11) is granted. Plaintiff shall file his amended complaint within thirty (30) days after service of this order.

        SO ORDERED.

DATED: October 26, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john2480.eot

1